1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11
12
13
14
15

NICHOLAS SILVEIRA,

      Plaintiff(s),

v.

NYE COUNTY NEVADA, et al.,

      Defendant(s).

Case No.: 2:18-cv-00207-MMD-NJK

**Order**

16       Pending before the Court are two interim status reports filed separately by Plaintiff and

17 Defendant Boruchowitz.  Docket Nos. 21, 22.  As an initial matter, Defendants Nye County,

18 Sheriff Wehrly, and Under Sheriff Moody did not sign or file any interim status report and the

19 deadline for doing so has now expired.  *See* Docket No. 18 at 2.[1]  In addition, the status reports

20 that were filed are defective because the rules require a single, joint status report be filed.  *See*

21 Local Rule 26-3 ("This status report must be signed by the attorney for each party").  Lastly,

22 Defendant Boruchowitz represents that the parties "have not had any discussions on settling the

23 case," Docket No. 22 at 2, even though the rules required the parties to discuss "the possibilities

24 for promptly settling the case" months ago at the Rule 26(f) conference, Fed. R. Civ. P. 26(f)(2).

25       Given these deficiencies, the Court hereby **ORDERS** counsel for all parties to hold an in-

26 person or telephonic conference by June 20, 2018, to discuss the possibilities for settling the case.

27

28

---

[1] The status report filed by Defendant Boruchowitz was untimely.

An amended and jointly-filed interim status report shall be filed by June 22, 2018. The parties shall carefully review Local Rule 26-3 and ensure that such interim status report satisfies all of the requirements therein.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
Nancy J. Koppe
United States Magistrate Judge