Philip Goodhart, Esq.
Nevada Bar No. 5332
png@thorndal.com
**THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER**
1100 East Bridger Avenue
Las Vegas, Nevada  89101-5315
  Mail to:
  P.O. Box 2070
  Las Vegas, Nevada  89125-2070
Tel:    (702) 366-0622
Fax:    (702) 366-0327

*Attorneys for Defendant,
Lieutenant David Boruchowitz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Silveira<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; SHERIFF SHARON WEHRLY; UNDER SHERIFF BRENT MOODY; LIEUTENANT DAVID BORUCHOWITZ; and DOES 1-10,<br><br>Defendants. | CASE NO.  2:18-cv-00207 |

### STIPULATION AND ORDER TO EXTEND DATE TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)

Plaintiff and Defendants, acting by and through counsel, stipulate that the scheduled date to file Dispositive Motions (presently due September 5, 2018 – Docket #18) be extended by thirty (30) days to **October 5, 2018**.  The reason for this short extension is that counsel for Defendant Boruchowitz is engaged in a bench trial that is currently ongoing, and that he is also awaiting a Verification for Defendant Boruchowitz' Responses in order to send Plaintiff responses to their written discovery requests which Plaintiffs require prior to filing a dispositive motion.

As the Court is aware, discovery in this matter is closed, and the parties completed all remaining depositions by the Court ordered deadline of August 6, 2018 (#18). This is the first request to extend the date to file Motions for Summary Judgment.

Dated this 5th day of September, 2018.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

/s/ *Philip Goodhart*

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
P.O. Box 2070
Las Vegas, Nevada 89125-2070
*Attorneys for Defendant,*
*Lieutenant David Boruchowitz*

/s/ *Jonathon Lee*

Craig R. Anderson, Esq.
Jonathon Lee, Esq.
MARQUIS AURBACH & COFFING
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Defendants Nye County, Sheriff Sharon Wehrly and Under Sheriff Brent Moody*

/s/ *Thomas Gibson*

Thomas J. Gibson, Esq.
GIBSON LAW GROUP, PLLP
2340 East Calvada Blvd
Suite 5
Pahrump, NV 89048
*Attorney for Plaintiff*

**GRANTED**. Additionally, all responses to any outstanding discovery shall be served by September 7, 2018.

IT IS HEREBY ORDERED this __5th__ day of September, 2018.

_____
United States Magistrate Judge