# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NICHOLAS SILVEIRA,

    Plaintiff(s),

v.

NYE COUNTY, NEVADA, et al.,

    Defendant(s).

Case No.: 2:18-cv-00207-MMD-NJK

**Order**

[Docket No. 29]

Pending before the Court is the second stipulation to extend the deadline for dispositive motions by 30 additional days. Docket No. 29. Good cause exists to modify the scheduling order when the current deadlines cannot reasonably be met despite the parties' diligence. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The instant stipulation is premised on the assertion that, **despite the fact that discovery closed months ago**, some verified responses to interrogatories have not been served yet. Docket No. 29 at 1-2.[1] No reason is provided as to why that is. Therefore, diligence has not been shown. *Cf.* Docket No. 26 at 2.

Accordingly, the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated: October 3, 2018

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge

---

[1] The stipulation also indicates that the parties violated the previous order that Defendant Boruchowitz provide his verifications by September 7, 2018. *Compare* Docket No. 28 at 2 *with* Docket No. 29 at 1. No reason is provided why that deadline was violated and, obviously, the violation of a Court order is not good cause to later seek an extension of other deadlines.

1