# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICHOLAS SILVERIA,

    Plaintiff(s),

v.

NYE COUNTY, NEVADA, et al.,

    Defendant(s).

Case No.: 2:18-cv-00207-MMD-NJK

**Order**

[Docket No. 31]

"A scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril. The district court's decision to honor the terms of its binding scheduling order does not simply exalt procedural technicalities over the merits of [the parties'] case. Disregard of the order would undermine the court's ability to control its docket, disrupt the agreed-upon course of the litigation, and reward the indolent and the cavalier." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) (internal citation and quotations omitted). "The use of orders establishing a firm discovery cutoff date is commonplace, and has impacts generally helpful to the orderly progress of litigation, so that the enforcement of such an order should come as a surprise to no one." *Cornwell v. Electra Cent. Credit Union*, 439 F.3d 1018, 1027 (9th Cir. 2006).

In this case, the discovery cutoff expired two months ago on August 6, 2018. Docket No. 18. The parties previously filed a stipulation to extend the discovery cutoff, which the Court denied for failing to establish good cause. Docket No. 26. In direct contradiction of the Court's orders,

the parties have nonetheless continued to engage in discovery after the cutoff.  *See, e.g.*, Docket No. 31 at 2 ("[t]he responses to Plaintiff's Interrogatories were originally due on August 17, 2018" (emphasis added)).  It is not within the province of the parties to agree among themselves to conduct discovery after the cutoff set by the Court.  *See* Fed. R. Civ. P. 29(b).  The fact that the parties' engagement in untimely discovery in violation of the Court's orders renders it difficult for them to comply with the deadline to file dispositive motions is simply not good cause to extend that deadline.

The stipulation to extend the dispositive motion deadline (Docket No. 31) is therefore **DENIED**.  As a one-time courtesy to the parties, the Court will **EXTEND** the deadline to file dispositive motions to October 12, 2018.  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: October 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge