**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
jbl@maclaw.com
  Attorneys for Defendants Nye County,
  Sheriff Wehrly, and Under Sheriff Brent
  Moody

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS SILVERIA,<br><br>  Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; SHERIFF SHARON WEHRLY; UNDER SHERIFF BRENT MOODY; LIEUTENANT DAVID BORUCHOWITZ; and DOES 1-10,<br><br>  Defendants. | Case Number:<br>2:18-cv-00207-MMD-NJK<br><br>**DEFENDANTS' EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendants Nye County, Sheriff Sharon Wehrly, and Undersheriff Brent Moody (collectively "Defendants")[1], by and through their attorneys of record, hereby request that

. . .

. . .

. . .

. . .

. . .

---

[1] The law firm of Marquis Aurbach Coffing does not represent the interest of Lieutenant David Boruchowitz ("Lt. Boruchowitz") in this matter.

MAC:11779-133 3753196_1 6/4/2019 1:40 PM

Jonathan B. Lee, Esq. be removed from the list of counsel to be noticed because Mr. Lee will no longer be an attorney with the law firm of Marquis Aurbach Coffing.

Dated this 4th day of June, 2019.

MARQUIS AURBACH COFFING

By: /s/ Brian R. Hardy, Esq.
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Nye County, Sheriff Wehrly, and Under Sheriff Brent Moody

IT IS SO ORDERED.
Dated: June 5, 2019

_____
Nancy J. Koppe
United States Magistrate Judge